# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Virginia M. Kendall | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 452 - 7 | **DATE** | 7/8/2008 |
| **CASE TITLE** | USA vs. TREYONDA TOWNS | | |

**DOCKET ENTRY TEXT**

Arraignment is reset to July 15, 2008 at 1:30 pm.  The Federal Defender Program is appointed as counsel for defendant for arraignment only and is directed to submit a completed financial affidavit for defendant on July 15, 2008 at 1:30 pm.

Docketing to mail notices.

00:20

| | Courtroom Deputy Initials: | JS |
|---|---|---|