UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

UNITED STATES OF AMERICA
                                        Plaintiff,

v.                                      Case No.: 1:08−cr−00452
                                        Honorable Virginia M. Kendall

Bobbie Brown Jr, et al.
                                        Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Friday, July 11, 2008:

  MINUTE entry before the Honorable Virginia M. Kendall:as to Treyonda Towns: Defendant appearing without counsel, Arraignment is reset for 7/15/2008 at 09:00 AM. The Federal Defender Program is directed to contact plaintiff, prepare a financial affidavit, and appoint counsel for defendant for the arraignment on 7/15/2008 at 1:30 pm. Mailed notice (jms, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.