# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

UNITED STATES OF AMERICA

                                            Plaintiff,

v.                                                   Case No.: 1:08−cr−00452
                                                 Honorable Virginia M. Kendall

Bobbie Brown Jr, et al.

                                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 11, 2008:

      MINUTE entry before the Honorable Virginia M. Kendall: the minute entry of 7/11/2008 [#50] is corrected as follow: Arraignment is reset for 7/15/2008 at 01:30 PM. The order shall stand in all other respects. Mailed notice (jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.